# `IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JARED LUCKY, AIS 282440,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CA 16-0190-CG-C |
| | ) |
| **WARDEN RENE MASON** | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 9, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE