`IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JARED LUCKY, AIS 282440,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CA 16-0190-CG-C |
| | ) |
| **WARDEN RENE MASON** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Jared Lucky's petition for writ of habeas corpus be summarily dismissed, in accordance with Rule 4 of the Rules Governing § 2254 Cases, as time-barred pursuant to 28 U.S.C. § 2244(d). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 6th day of June, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE